FILED
CLERK, U.S. DISTRICT COURT

OCT 23 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 10-935-GW |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| ) | [Fed.R.Crim.P. 32.1(a)(6); |
| ) | 18 U.S.C. 3143(a)] |
| Lawrence Ward ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist, CA _____ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on allegations of failing to report to probation officer; use of narcotics while on supervision; no verified background info or bail resources

```
 1  _____
 2  _____
 3  _____
 4      and/or
 5  B.  ( )  The defendant has not met his/her burden of establishing by
 6      clear and convincing evidence that he/she is not likely to pose
 7      a danger to the safety of any other person or the community if
 8      released under 18 U.S.C. § 3142(b) or (c).  This finding is based
 9      on:_____
10      _____
11      _____
12      _____
13
14      IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:    10/23/18
18
19                          _____
20                              PAUL L. ABRAMS
                            UNITES STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28
```

2