1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

9
10
11

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  10-CR-00935-GW |
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions) |
| LAWRENCE ISLAND, | |
| Defendant. | |

18

On arrest warrant issued by a United States District Court involving alleged

violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will

reasonably assure:

☒      the appearance of defendant as required; and/or

☐      the safety of any person or the community.

//
//
//

25
26
27
28

1

The Court concludes:

2

☒ Defendant poses a risk of nonappearance, and the Court finds that

3

defendant has not demonstrated by clear and convincing evidence that

4

he/she does not pose such a risk.  The risk of nonappearance is based on:

5

inadequate bail resources; history of drug use.

6

☐ Defendant poses a danger to the community, and the Court finds that

7

defendant has not demonstrated by clear and convincing evidence that he

8

does not pose such a risk.

9

10

IT IS THEREFORE ORDERED that the defendant be detained.

11

12

Dated:  09/03/2020

13

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28